IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TAYLOR ROY SHEPHERD,** | Case No. C 10-04906 SBA (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **BRUNO STOLC, Warden,** | |
| Respondent. | |

On motion or respondent and good cause appearing, it is ordered that the time for filing a response to the petition for writ of habeas corpus be, and the same is, extended 60 days to and including July 26, 2011. Petitioner's reply, if any, shall be filed and served within 60 days or receipt of the answer or motion.

Dated: 5/24/11

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong
United States District Judge

1

[Proposed] Order (*Shepherd v. Stolc* - C 10-04906 SBA (PR))

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TAYLOR ROY SHEPHERD,

       Plaintiff,

 v.

BRUNO STOLC et al,

       Defendant.
_____/

Case Number: CV10-04906 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Taylor Roy Shepherd F-18739
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131

Dated: May 25, 2011

    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk