1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       OAKLAND DIVISION
11

12
**TAYLOR ROY SHEPHERD,**                    Case No. C 10-04906 SBA (PR)
13
                              Petitioner,   **ORDER**
14
15              **v.**

16   **BRUNO STOLC, Warden,**
17
                              Respondent.
18

19        On motion or respondent and good cause appearing, it is ordered that the time for filing a

20   response to the petition for writ of habeas corpus be, and the same is, extended 62 days to and

21   including Monday, September 26, 2011.  Petitioner's reply, if any, shall be filed and served

22   within 60 days or receipt of the answer or motion.

23
     Dated:  9/16/11
24                                          _____
                                            The Honorable Saundra B. Armstrong
25                                          United States District Judge

26
27
28
                                  1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TAYLOR ROY SHEPHERD,

      Plaintiff,

  v.

BRUNO STOLC et al,

      Defendant.
_____/

Case Number: CV10-04906 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Taylor Roy Shepherd F-18739
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131

Dated: September 20, 2011

                               Richard W. Wieking, Clerk
                               By: LISA R CLARK, Deputy Clerk