# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TAYLOR ROY SHEPHERD,<br>Petitioner,<br>vs.<br>BRUNO STOLC, Warden,<br>Respondent. | No. C 10-04906 SBA (PR)<br>**JUDGMENT** |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: March 31, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.10\Shepherd4906.jud.docx